**JAMES J. KEEFE, P.C.**
301 Mineola Boulevard
Mineola, New York 11501
516 741 2650
Fax 516 908 7961
E-mail jkeefe@nylawnet.com

January 7, 2013

**VIA ECF**
Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                 Re:    ***Gonzalez v. Hasty***
                           12-CV-5013 (BMC)

Dear Judge Cogan:

       This office represents defendant Salvatore LoPresti in the above referenced matter.

       The Court's order of January 2, 2013 directs that Defendant LoPresti shall show cause by 1/9/12 why a default should not be entered against him for failure to appear at the last two conferences held by the Court.

       This office did not receive notification of the conferences held on November 6, 2012 and January 2, 2013. My ECF registration at jkeefe@nylawnet.com has inexplicably been deleted from the court's CM/ECF system. My office had no electric power due to Storm Sandy from October 29 to November 9; I do not know whether lack of access to the Internet during that time had any effect on my registration. I have just today received confirmation of my re-registration.

       I have received the most recent notification from the court, and will attend at any future court appearances. I intend to join with the Assistant United States Attorney in applications to dismiss the amended complaint when filed.

       I thank the Court for its consideration.

                                                                        Respectfully,

                                                                        s/_____
                                                                      James J. Keefe (JK3695)

JJK: jk

Copy:   Rachel G. Balaban Esq.
             Assistant United States Attorney
       Michael A. Young, Esq.