UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ESTEBAN GONZALEZ,

        Plaintiff,

-against-

DENNIS W. HASTY, et al.,

        Defendants.

Civil Action No. 12-cv-5013 (BMG) (SMG)

**NOTICE OF APPEAL**

---

NOTICE IS HEREBY GIVEN that Plaintiff Esteban Gonzalez appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on September 25, 2017 (Dkt. No. 214), and from each and every part thereof.

DATED:    New York, New York
               November 21, 2017

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

*/s/ Steig D. Olson*
―――――――――――――――――
Steig D. Olson
Andrew Marks
Josef Ansorge
Kanika Shah (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
steigolson@quinnemanuel.com
andrewmarks@quinnemanuel.com
josefansorge@quinnemanuel.com
kanikashah@quinnemanuel.com

1